UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE No: 2:10-CR-16-4BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| HENRY EDWARD SANDERS | ) | |

This matter is before the Court on motion of Defendant to seal his Motion to Continue Sentencing. FOR GOOD CAUSE SHOWN, it is hereby ordered that the Clerk seal said Motion to Continue Sentencing.

This 5 day of October, 2010.

U.S. DISTRICT COURT JUDGE

1